

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/03/2017

IN RE: §
SANFORD KEITH WARNER § CASE NO: 16-36233
  Debtor(s) §
 §  CHAPTER 13

## SHOW CAUSE ORDER

Debtor(s) is **ORDERED** to appear and show cause on February 07, 2017 at 10:30 a.m., in Courtroom 403, regarding:

XX  whether debtor(s) counsel or a petition preparer, received payments prior to submission by debtor(s) of application to pay filing fees in installments; or

XX  whether application to pay filing fees in installments should be granted.

Failure to appear may be considered by the Court to be a willful failure to abide by orders of the Court or a failure to appear before the Court in proper prosecution of the case. If the Court so finds, the case is subject to dismissal with prejudice immediately under 11 U.S.C. § 109(g)(1).

The Clerk's Office shall send a copy of this Order to the United States Trustee and debtor(s).

SIGNED 12/30/2016.

_____
Karen K. Brown
United States Bankruptcy Judge